IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAVIER CORTEZ, | ) | Nos. C 09-2080 JSW (PR) |
| Petitioner, | ) | C 09-4549 JSW (PR) |
| vs. | ) | **ORDER DENYING MOTIONS FOR RECONSIDERATION AND FOR APPOINTMENT OF COUNSEL** |
| A. P. KANE, Warden, | ) | |
| Respondent. | ) | |
| | ) | |
| JAVIER CORTEZ, | ) | |
| Petitioner, | ) | |
| vs. | ) | |
| A. P. KANE, Warden, | ) | |
| Respondent. | ) | (Docket Nos. 19 & 20) |

Petitioner, a California prisoner proceeding pro se, filed these petitions for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petitions challenge decisions by the Board of Parole Hearings ("Board") to deny him parole. The petitions were denied on March 8, 2011, and Petitioner has filed a motion for reconsideration pursuant to Rules 60(b)(4) and 60(b)(6) of the Federal Rules of Civil Procedure.

Rule 60(b) of the Federal Rules of Civil Procedure provides for relief from judgment where one or more of the following is shown: (1) mistake, inadvertence, surprise or excusable neglect; (2) newly discovered evidence that by due diligence could

not have been discovered before the court's decision; (3) fraud by the adverse party; (4) voiding of the judgment; (5) satisfaction of the judgment; (6) any other reason justifying relief. Fed. R. Civ. P. 60(b); *School Dist. 1J v. ACandS Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993). Although couched in broad terms, subparagraph (6) requires a showing that the grounds justifying relief are extraordinary. *Twentieth Century - Fox Film Corp. v. Dunnahoo*, 637 F.2d 1338, 1341 (9th Cir. 1981). Motions for reconsideration should not be frequently made or freely granted. *Id.*

        Petitioner argues that this Court lacks "subject matter jurisdiction" to rule on his petitions. Petitioner is incorrect because this Court may entertain a petition for a writ of habeas corpus "in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a). The remainder of Petitioner's arguments challenge the Court's reasoning in denying his claims. Motions for reconsideration are not a substitute for appeal or a means of attacking some perceived error of the court. *Twentieth Century - Fox Film Corp.*, 637 F.2d at 1341. Such arguments may be raised in an appeal, but they do not set forth grounds for relief from the judgment in this matter.

        The motion for reconsideration (docket number 20) is DENIED.

        As these petitions have been denied and the cases closed, Petitioner's motion for appointment of counsel (docket number 19) is DENIED.

        IT IS SO ORDERED.

DATED: March 24, 2011

                                          JEFFREY S. WHITE
                                          United States District Judge

|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | FOR THE | |
| 3 | NORTHERN DISTRICT OF CALIFORNIA | |

JAVIER CORTEZ,

        Plaintiff,

  v.

A P KANE et al,

        Defendant.

                                /

Case Number: CV09-02080 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 24, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Javier Cortez
P.O. Box 689
D44595
G/W # 246-L
Soledad, CA 93960-0689

Dated: March 24, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | FOR THE |
| | NORTHERN DISTRICT OF CALIFORNIA |

JAVIER CORTEZ,

        Plaintiff,

  v.

A P KANE et al,

        Defendant.
                                         /

Case Number: CV09-04549 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 24, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Javier Cortez
# D44595
P.O. Box 689
Soledad, CA 93960-0689

Dated: March 24, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk